# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOELANI BALLARD,** | ) | |
| | ) | 8:10CV134 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **JEFFERY NEWTON, Director of** | ) | |
| **Douglas County Corrections, and** | ) | |
| **COUNTY OF DOUGLAS , NEBRASKA,** | ) | |
| | ) | |
| Defendants. | ) | |

A settlement conference with the undersigned magistrate judge and the parties convened on September 9, 2010.  The parties arrived at a settlement.

**IT IS ORDERED:**

1.  On or before **September 30, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge Gossett, at *gossett@ned.uscourts.gov*, a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 41.1.

3.  The planning conference previously scheduled for October 14, 2010, is cancelled upon the representation that this case is settled.

DATED this 9th day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge