IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOELANI BALLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 8:10CV134 |
| JEFFERY NEWTON, Director of ) | |
| Douglas County Corrections, and ) | ORDER |
| COUNTY OF DOUGLAS, NEBRASKA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

For good cause shown,

**IT IS ORDERED** that plaintiff's Motion for Extension of Time (Filing 26) is granted.  The time in which to file joint dismissal documents is extended to October 14, 2010.

**DATED September 29, 2010.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge