IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOELANI BALLARD, | ) | CASE NO. 8:10-CV-134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | WITH PREJUDICE |
| JEFFERY NEWTON, Director of | ) | |
| Douglas County Corrections, and | ) | |
| COUNTY OF DOUGLAS, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice (#28) of the parties to dismiss this action. The Court finds that the Stipulation should be approved and dismissal granted. Accordingly,

**IT IS ORDERED** that the Stipulation for Dismissal (#28) is approved, and the Plaintiff's action is dismissed, with prejudice, with each party to pay their own costs and with complete record waived.

DATED this 15th day of October 2010.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge